UNITED STATES DISTRICT COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**Appeal Case No. 25-10140-H**
District Court Case No. 1:24-cv-20805-KMM

YATCO, LLC,

    Appellant,

vs.

YA MON EXPEDITIONS, LLC, a
limited liability corporation, on behalf of
itself and all others similarly situated,

    Appellee.

_____/

## **CERTIFICATE OF INTERESTED PERSONS**

Appellant, YATCO, LLC, pursuant to 11th Cir. R. 26.1-1(a), certifies the following individuals and entities are known to have an interest in the outcome of this case:

    Abeles, Scott – Counsel for Yacht Brokers Association of America, Inc.

    Albert, Lee – Counsel for Appellee Tricia Defosey

    Allied Marine, Inc. – Appellee (is a non-governmental party and is wholly owned by Ferretti S.p.A., a publicly held corporation).

    Badala, Salvatore C. – Counsel for Appellee Ya Mon Expeditions, LLC

    Basanta, Mark – Counsel for Appellee Allied Marine, Inc.

    Bayramoglu Law Offices – Counsel for Appellees California Yacht Brokers Association, Inc., Denison Yachts International, LLC

1

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

Blechman, William Jay– Counsel for Appellee International Yacht Brokers Association, Inc.

Boats Group, LLC – Appellee

Boni, Michael J. – Counsel for Appellee Magna Charter, LLC

Boni Zack & Snyder, LLC – Counsel for Appellee Magna Charter, LLC

Boutwell & Connick - Counsel for Appellee HMY Yacht Sales, Inc.

Brockmeyer, Michael F. – Counsel for Appellee Allied Marine, Inc.

Brooks, Brian D. – Counsel for Appellee Tricia Defosey

Brown, Christopher J. – Counsel for Boats Group, LLC

Bucciero, Lea Pilar – Counsel for Appellee Ya Mon Expeditions, LLC

Burstyn Law PLLC – Counsel for Boats Group, LLC

Burstyn, Sean Alexander – Counsel for Boats Group, LLC

Buterman, Lawrence E. – Counsel for Boats Group, LLC

California Yacht Brokers Association, Inc. – Appellee

Carlton Fields PA – Counsel for Yacht Brokers Association of America, Inc.

Catamaran Sales, Inc. - Appellee

Cohen, Alexander Charles – Counsel for Appellees Ya Mon Expeditions, LLC, Kip Lamar Snell, Magna Charter, LLC, Tricia Defosey

Connick, Jr., A. Thomas – Counsel for Appellee HMY Yacht Sales, Inc.

Corrigan, Jeffrey J. – Counsel for Appellee Magna Charter, LLC

Costa, Paul – Counsel for Appellee Magna Charter, LLC

Crary Buchanan, P.A. – Counsel for Appellee United Yacht Sales, LLC

Criden & Love PA – Counsel for Appellee Magna Charter, LLC

Davidson, Stuart Andrew – Counsel for Appellee Kip Lamar Snell

2

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

Dearman, Mark Jeffrey – Counsel for Appellee Ya Mon Expeditions, Kip Lamar Snell, Magna Charter, LLC, Tricia Defosey

Defosey, Tricia – Appellee

Denison Yachts International, LLC – Appellee

Diaz, Nestor Galarza – Counsel for Appellee Ya Mon Expeditions, LLC

Eichel, Benjamin J. – Counsel for Appellee Magna Charter, LLC

Easu, David B. – Counsel for Yacht Brokers Association of America, Inc.

Fine Kaplan & Black, RPC – Counsel for Appellee Magna Charter, LLC

Fitzgerald, III, Roy E. – Counsel for Appellant YATCO, LLC

Foreman, Jeffrey Todd – Counsel for Appellee International Yacht Brokers Association, Inc.

Fraser Yachts California Corporation – Appellee (a wholly-owned subsidiary of MarineMax, Inc., which is a publicly-held company. **Publicly Traded: HZO (NYSE)**.

Fraser Yachts Florida, Inc – Appellee (a wholly-owned subsidiary of MarineMax, Inc., which is a publicly-held company. MarineMax, Inc. has no parent corporation and is unaware of any individual or entity that owns ten percent (10%) or more of its common stock).

Galati Yacht Sales, LLC – Appellee

Gallagher & Kennedy PA – Counsel for Appellee Ya Mon Expeditions, LLC

Geller, Paul Jeffrey – Counsel for Appellee Kip Lamar Snell

Gittleman, Jeffrey B. – Counsel for Appellee Magna Charter, LLC

Glancy Prongay & Murray LLP – Counsel for Appellee Tricia Defosey

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

Gordon Rees Scully Mansukhani – Counsel for Appellee Northwest Yacht Brokers Association

Gray, Joshua B. – Counsel for Appellee International Yacht Brokers Association, Inc.

Harris, M. Derek – Counsel for Yacht Brokers Association of America, Inc.

Hasdoo, Odeshoo – Counsel for Appellee OneWater Marine, Inc.

Haug Partners, LLP – Counsel for Appellee Allied Marine, Inc.

Haviland, Graham – Counsel for Boats Group, LLC

Heim, Emily Marie – Counsel for Appellees California Yacht Brokers Association, Inc., Denison Yachts International, LLC

HMY Yacht Sales, Inc. – Appellee (Has no parent corporation, and no corporation, publicly held or otherwise, owns 10% or more of its stock).

Holland & Knight LLP – Counsel for Appellee Northwest Yacht Brokers Association

International Yacht Brokers Association, Inc. – Appellee (Has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its common stock).

Jones Day – Counsel for Appellee OneWater Marine, Inc.

King, William F. – Counsel for Appellee Ya Mon Expeditions, LLC

K&L Gates LLP – Counsel for Appellees Fraser Yachts California Corporation, Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax East, Inc., MarineMax, Inc.

Kliebard, Kenneth M. - Counsel for Appellee HMY Yacht Sales, Inc.

Kip Lamar Snell - Appellee

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

Kully, David C. – Counsel for Appellee Northwest Yacht Brokers Association

LeVee, Jeffrey – Counsel for Appellee OneWater Marine, Inc.

Lagomasino, Leonor Maria – Counsel for Appellee Northwest Yacht Brokers Association

Latham & Watkins LLP – Counsel for Boats Group, LLC

Leonard, William J. – Counsel for Appellee Magna Charter, LLC

Liebenberg, Roberta D. – Counsel for Magna Charter, LLC

Love, Kevin Bruce – Counsel for Appellee Magna Charter, LLC

Magna Charter, LLC - Appellee

Mahoney, Stacey Anne - Counsel for Appellee HMY Yacht Sales, Inc.

MarineMax, Inc. – Appellee - ***Publicly Traded: HZO (NYSE)***.

MarineMax East, Inc. – Appellee (a wholly-owned subsidiary of MarineMax, Inc., which is a publicly-held company (see above)

Mark, Etan – Counsel for Appellee Tricia Defosey

Mark Migdal & Hayden – Counsel for Appellee Tricia Defosey

Martinez, Christina H. – Counsel for Appellee Ya Mon Expeditions, LLC

Martinez, Michael E. – Counsel for Appellees Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax, Inc.

Martinez, Jr., Rebeca – Counsel for Appellee Ya Mon Expeditions, LLC

Martinez-Cid, Ricardo M. – Counsel for Appellee Ya Mon Expeditions, LLC

McEnroe, William T. - Counsel for Appellee HMY Yacht Sales, Inc.

Mitchell, David W. – Counsel for Appellee Kip Lamar Snell

Moore, Hon. K. Michael - U.S. District Judge for the Southern District of Florida (Miami)

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

Morgan, Lewis & Bockius, LLP - Counsel for Appellee HMY Yacht Sales, Inc.

Mrachek Fitzgerald Rose Konopka Thomas & Weiss, P.A. - Counsel for Appellant YATCO, LLC

The Multihull Company, LLC - Appellee

Napoli Shkolnik – Counsel for Appellee Ya Mon Expeditions, LLC

Napoli Shkolnik NSPR Law Services, LLC – Counsel for Appellee Ya Mon Expeditions, LLC

Napoli Shkolnik, PLLC – Counsel for Appellee Ya Mon Expeditions, LLC

Natter, Benjamin – Counsel for Appellee Allied Marine, Inc.

Neal, Kevin D. – Counsel for Appellee Ya Mon Expeditions, LLC

Northrop & Johnson Yacht Sales, LLC – Appellee(a subsidiary of a publicly-held company, MarineMax, Inc. (see above)

Northrop & Johnson Yacht Ships, LLC – Appellee (a subsidiary of a publicly-held company, MarineMax, Inc. (see above)

Northwest Yacht Brokers Association – Appellee

Nussbaum Law Group, P.C. – Counsel for Appellee Magna Charter, LLC

Nussbaum, Linda P. – Counsel for Appellee Magna Charter, LLC

Obermayer Rebman Maxwell & Hippel LLP – Counsel for Appellee Magna Charter, LLC

OneWater Marine, Inc. – Appellee - **Publicly Traded: ONEW (NYSE)**

Patterson, Jennifer – Counsel for Appellee Allied Marine, Inc.

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

Paul, Christina McGinley – Counsel for Appellees Fraser Yachts California Corporation, Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax East, Inc., MarineMax, Inc., Fraser Yachts Florida, Inc.

Perrone, Jennifer – Counsel for Appellant YATCO, LLC

Podhurst Orseck, P.A. – Counsel for Appellee Ya Mon Expeditions, LLC

Pogust Goodhead LLC – Counsel for Appellee Magna Charter, LLC

Reid, Lissette M. - Magistrate Judge, United States District Court for the Southern District of Florida

Ralston, Kenneth N. – Counsel for Appellee Ya Mon Expeditions, LLC

Rathbun, Anna M. – Counsel for Boats Group, LLC

Robbins Geller Rudman & Dows LLP – Counsel for Appellees Ya Mon Expeditions, LLC, Kip Lamar Snell, Magna Charter, LLC, Tricia Defosey

Rogers, Jr., Thomas Bowen – Counsel for Appellee Kip Lamar Snell

Rose, Alan B. – Counsel for Appellant YATCO, LLC

RJC Yacht Sales, Inc. – Appellee

Saladrigas, Caitlin F. – Counsel for Appellee Northwest Yacht Brokers Association

Shingler, III, Arthur L. – Counsel for Appellee Kip Lamar Snell

Shkolnik, Hunter J. – Counsel for Appellee Ya Mon Expeditions, LLC

Sindoni, John E. – Counsel for Appellee Magna Charter, LLC

Smith, Brian J. – Counsel for Appellees Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax, Inc.

Snyder, Joshua D. – Counsel for Appellee Magna Charter, LLC

7

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

Soto, Ana Maria Cristina Perez – Counsel for Appellee OneWater Marine, Inc.

Spector, Jeffrey L. – Counsel for Appellee Magna Charter, LLC

Spector Roseman & Kodroff PC – Counsel for Appellee Magna Charter, LLC

Sperling Kenny Nachwalter, LLC – Counsel for Appellee International Yacht Brokers Association, Inc.

Stern, Justin M.L. - Counsel for Appellee HMY Yacht Sales, Inc.

Sunshine Cruising Yachts LLC - Appellee

Talbot, Megan J. – Counsel for Appellee Magna Charter, LLC

Taylor, Lindsey Handley – Counsel for Appellee Kip Lamar Snell

Turnbull, W. Scott – Counsel for Appellee United Yacht Sales, LLC

United Yacht Sales, LLC – Appellee (A Florida Limited Liability Company, which is wholly-owned by Peter A. Schmidt, Jeffrey D. Palmer and BRB IV, LLC, a Florida Limited Liability Company).

Vakharia, Aakruti G. – Counsel for Appellee Allied Marine, Inc.

Weinshall, Matthew – Counsel for Appellee Ya Mon Expeditions, LLC

Weiss, Gregory S. – Counsel for Appellee YATCO, LLC

Wites & Kapetan, PA – Counsel for Appellee Kip Lamar Snell

Wites Law Firm – Counsel for Appellee Kip Lamar Snell

Wites, Marc Aaron – Counsel for Appellee Kip Lamar Snell

Wolf, Charles Ferdinand – Counsel for Appellees Fraser Yachts California Corporation, Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax East, Inc., MarineMax, Inc., Fraser Yachts Florida, Inc.

Worth Avenue Yachts, LLC – Appellee

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

Ya Mon Expeditions, LLC – Appellee

Yacht Brokers Association of America, Inc. – Appellee

Yachting Assets and Operations LLC – Appellee

YATCO, LLC – Appellant (does not have any parent corporations, and no publicly held corporation owns more than 10% of its stock).

Zeytoonian, Caiti - Counsel for Appellee HMY Yacht Sales, Inc.

## MOTION TO ABATE APPEAL AND/OR TEMPORARILY RELINQUISH JURISDICTION IN LIGHT OF TRIAL COURT'S DISMISSAL OF CONSOLIDATED CLASS ACTION COMPLAINT AND GRANT COMMENSURATE EXTENSION OF TIME FOR BRIEF

1.     Appellant, YATCO, LLC ("YATCO"), moves this Court to abate this appeal and/or temporarily relinquish jurisdiction to the District Court, in light of the District Court's entry of an order dismissing the complaint in this action in its entirety, and grant an extension of time for filing the Appellant's Brief for a period of 30 days after the Court issues its order on this motion or lifts any abatement or stay, whichever is later. In support of this motion, YATCO states:

2.     In response to the Consolidated Class Action Complaint (ECF No. 140) filed against it, YATCO filed a Motion to Compel Arbitration and Stay Proceedings (ECF No. 185) ("Motion to Compel Arbitration"), seeking to compel arbitration pursuant to an arbitration clause contained in its Saas Subscriber Agreement.

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

3.     On January 9, 2025, the District Court entered its Order (ECF No. 223) denying YATCO's Motion to Compel Arbitration ("Order Denying Motion to Compel Arbitration"). YATCO immediately appealed the Order (ECF No. 223) to this Court pursuant to 9 U.S.C. §16(a)(1)(C).

4.     YATCO intended to move the District Court for a stay this pending appeal, in accordance with United States Supreme Court case of *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023). However, before the stay motion could be filed, the District Court dismissed the underlying Consolidated Class Action Complaint, in its entirety, under Rule 12(b)(6), with leave to amend (ECF No. 237) (the "Order of Dismissal"). A copy of the Order of Dismissal is attached as Exhibit "A.". Thus, as a result of the Order of Dismissal, no claims are currently pending against YATCO that could be compelled to arbitration.

5.     The District Court in the Order of Dismissal granted Plaintiffs 21 days to file an amended pleading.[1] In the event Plaintiffs do not file an amended pleading, and instead appeal the Order of Dismissal (ECF No. 237), YATCO suggests, in the

---

[1] Plaintiffs moved for an extension of time to file a second amended complaint (ECF No. 239), and the District Court granted Plaintiffs an extension of time until March 10, 2025 (ECF No. 241).

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

interest of judicial economy, it would be more efficient to consolidate the appeals, or treat YATCO's appeal as a conditional cross-appeal, or abate YATCO's appeal altogether, in the discretion of this Court. In any event, for efficiency and judicial economy, YATCO's appeal of the arbitration-related Order (EFC No. 223) should occur only after, or simultaneously with, any appeal of the dismissal-related Order (ECF No. 237).

6. If Plaintiffs elect to file an amended pleading, and it includes claims against YATCO, depending on which issues are changed as to YATCO, YATCO may seek leave of this Court to have the District Court reconsider its ruling on the question of the arbitrability of the dispute. In the event an amended pleading does not impact the arbitratibility issues, YATCO then would move for a stay in the District Court pursuant to *Coinbase*, and advise this Court the arbitration-related appeal is ripe and should be briefed at that time.

7. Given the unique procedural posture of this case at this time, with the District Court having denied a motion to compel arbitration but separately dismissed the case, YATCO believes the procedure outlined above would be most efficient. If the Court prefers a different procedure, YATCO requests that nothing preclude its

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.<br>Case No. 25-10140-H

ability to challenge the arbitrability issue immediately in accordance with section 16(a)(1)(C) of the Federal Arbitration Act.

8. In the event the Court is not inclined to grant an abatement or stay, YATCO fully intends to proceed forward and brief the issues raised in this pending appeal. However, given the posture of the claims in the District Court, and the Order setting the deadline for appellant's brief to be due on or before March 10, 2025, Yatco also moves for an extension of time to file Appellant's Brief for a period of 30 days after the Court issues it order on this motion or lifts any abatement or stay, whichever is later.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Undersigned counsel contacted Christina H. Martinez, Esq. of the Podhurst et al. law firm, counsel for Appellee, Ya Mon Expeditions, LLC, to meet and confer on whether they agree to the relief sought in this Motion. Counsel for Appellee does not oppose the relief sought in this Motion.

YATCO, LLC v. Ya Mon Expeditions, LLC, et al.
Case No. 25-10140-H

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 7, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

                      MRACHEK, FITZGERALD, ROSE,
                      KONOPKA, THOMAS & WEISS, P.A.
                      505 South Flagler Drive, Suite 600
                      West Palm Beach, FL 33401
                      Phone: (561) 655-2250/Fax: (561) 655-5537
                      Email: arose@mrachek-law.com
                              mchandler@mrachek-law.com
                              rfitzgerald@mrachek-law.com
                              gweiss@mrachek-law.com
                              gdavies@mrachek-law.com
                  *Attorneys for Appellant, YATCO, LLC*

By:   *s/* Alan B. Rose
        Alan B. Rose (Fla. Bar No. 961825)
        Roy E. Fitzgerald (Fla. Bar No. 856540)
        Gregory S. Weiss (Fla. Bar No. 163430)