UNITED STATES DISTRICT COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**Appeal Case No. 25-10140-H**
District Court Case No. 1:24-cv-20805-KMM

YATCO, LLC,

Appellant,

vs.

YA MON EXPEDITIONS, LLC, a limited liability corporation, on behalf of itself and all others similarly situated,

Appellee.
_____________________________________/

**CERTIFICATE OF INTERESTED PERSONS**

Appellant, YATCO, LLC, pursuant to 11th Cir. R. 26.1-1(a), certifies the following individuals and entities are known to have an interest in the outcome of this case:

Abeles, Scott – Counsel for Yacht Brokers Association of America, Inc.

Albert, Lee – Counsel for Appellee Tricia Defosey

Allied Marine, Inc. – Appellee (is a non-governmental party and is wholly owned by Ferretti S.p.A., a publicly held corporation).

Badala, Salvatore C. – Counsel for Appellee Ya Mon Expeditions, LLC

Basanta, Mark – Counsel for Appellee Allied Marine, Inc.

Bayramoglu Law Offices – Counsel for Appellees California Yacht Brokers Association, Inc., Denison Yachts International, LLC

Blechman, William Jay– Counsel for Appellee International Yacht Brokers Association, Inc.

Boats Group, LLC – Appellee

Boni, Michael J. – Counsel for Appellee Magna Charter, LLC

Boni Zack & Snyder, LLC – Counsel for Appellee Magna Charter, LLC

Boutwell & Connick - Counsel for Appellee HMY Yacht Sales, Inc.

Brockmeyer, Michael F. – Counsel for Appellee Allied Marine, Inc.

Brooks, Brian D. – Counsel for Appellee Tricia Defosey

Brown, Christopher J. – Counsel for Boats Group, LLC

Bucciero, Lea Pilar – Counsel for Appellee Ya Mon Expeditions, LLC

Burstyn Law PLLC – Counsel for Boats Group, LLC

Burstyn, Sean Alexander – Counsel for Boats Group, LLC

Buterman, Lawrence E. – Counsel for Boats Group, LLC

California Yacht Brokers Association, Inc. – Appellee

Carlton Fields PA – Counsel for Yacht Brokers Association of America, Inc.

Catamaran Sales, Inc. - Appellee

Cohen, Alexander Charles – Counsel for Appellees Ya Mon Expeditions, LLC, Kip Lamar Snell, Magna Charter, LLC, Tricia Defosey

Connick, Jr., A. Thomas – Counsel for Appellee HMY Yacht Sales, Inc.

Corrigan, Jeffrey J. – Counsel for Appellee Magna Charter, LLC

Costa, Paul – Counsel for Appellee Magna Charter, LLC

Crary Buchanan, P.A. – Counsel for Appellee United Yacht Sales, LLC

Criden & Love PA – Counsel for Appellee Magna Charter, LLC

Davidson, Stuart Andrew – Counsel for Appellee Kip Lamar Snell

Dearman, Mark Jeffrey – Counsel for Appellee Ya Mon Expeditions, Kip Lamar Snell, Magna Charter, LLC, Tricia Defosey

Defosey, Tricia – Appellee

Denison Yachts International, LLC – Appellee

Diaz, Nestor Galarza – Counsel for Appellee Ya Mon Expeditions, LLC

Eichel, Benjamin J. – Counsel for Appellee Magna Charter, LLC

Easu, David B. – Counsel for Yacht Brokers Association of America, Inc.

Fine Kaplan & Black, RPC – Counsel for Appellee Magna Charter, LLC

Fitzgerald, III, Roy E. – Counsel for Appellant YATCO, LLC

Foreman, Jeffrey Todd – Counsel for Appellee International Yacht Brokers Association, Inc.

Fraser Yachts California Corporation – Appellee (a wholly-owned subsidiary of MarineMax, Inc., which is a publicly-held company. ***Publicly Traded: HZO (NYSE)***.

Fraser Yachts Florida, Inc – Appellee (a wholly-owned subsidiary of MarineMax, Inc., which is a publicly-held company. MarineMax, Inc. has no parent corporation and is unaware of any individual or entity that owns ten percent (10%) or more of its common stock).

Galati Yacht Sales, LLC – Appellee

Gallagher & Kennedy PA – Counsel for Appellee Ya Mon Expeditions, LLC

Geller, Paul Jeffrey – Counsel for Appellee Kip Lamar Snell

Gittleman, Jeffrey B. – Counsel for Appellee Magna Charter, LLC

Glancy Prongay & Murray LLP – Counsel for Appellee Tricia Defosey

Gordon Rees Scully Mansukhani – Counsel for Appellee Northwest Yacht Brokers Association

Gray, Joshua B. – Counsel for Appellee International Yacht Brokers Association, Inc.

Harris, M. Derek – Counsel for Yacht Brokers Association of America, Inc.

Hasdoo, Odeshoo – Counsel for Appellee OneWater Marine, Inc.

Haug Partners, LLP – Counsel for Appellee Allied Marine, Inc.

Haviland, Graham – Counsel for Boats Group, LLC

Heim, Emily Marie – Counsel for Appellees California Yacht Brokers Association, Inc., Denison Yachts International, LLC

HMY Yacht Sales, Inc. – Appellee (Has no parent corporation, and no corporation, publicly held or otherwise, owns 10% or more of its stock).

Holland & Knight LLP – Counsel for Appellee Northwest Yacht Brokers Association

International Yacht Brokers Association, Inc. – Appellee (Has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its common stock).

Jones Day – Counsel for Appellee OneWater Marine, Inc.

King, William F. – Counsel for Appellee Ya Mon Expeditions, LLC

K&L Gates LLP – Counsel for Appellees Fraser Yachts California Corporation, Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax East, Inc., MarineMax, Inc.

Kliebard, Kenneth M. - Counsel for Appellee HMY Yacht Sales, Inc.

Kip Lamar Snell - Appellee

Kully, David C. – Counsel for Appellee Northwest Yacht Brokers Association

LeVee, Jeffrey – Counsel for Appellee OneWater Marine, Inc.

Lagomasino, Leonor Maria – Counsel for Appellee Northwest Yacht Brokers Association

Latham & Watkins LLP – Counsel for Boats Group, LLC

Leonard, William J. – Counsel for Appellee Magna Charter, LLC

Liebenberg, Roberta D. – Counsel for Magna Charter, LLC

Love, Kevin Bruce – Counsel for Appellee Magna Charter, LLC

Magna Charter, LLC - Appellee

Mahoney, Stacey Anne - Counsel for Appellee HMY Yacht Sales, Inc.

MarineMax, Inc. – Appellee - ***Publicly Traded: HZO (NYSE)***.

MarineMax East, Inc. – Appellee (a wholly-owned subsidiary of MarineMax, Inc., which is a publicly-held company (see above)

Mark, Etan – Counsel for Appellee Tricia Defosey

Mark Migdal & Hayden – Counsel for Appellee Tricia Defosey

Martinez, Christina H. – Counsel for Appellee Ya Mon Expeditions, LLC

Martinez, Michael E. – Counsel for Appellees Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax, Inc.

Martinez, Jr., Rebeca – Counsel for Appellee Ya Mon Expeditions, LLC

Martinez-Cid, Ricardo M. – Counsel for Appellee Ya Mon Expeditions, LLC

McEnroe, William T. - Counsel for Appellee HMY Yacht Sales, Inc.

Mitchell, David W. – Counsel for Appellee Kip Lamar Snell

Moore, Hon. K. Michael - U.S. District Judge for the Southern District of Florida (Miami)

Morgan, Lewis & Bockius, LLP - Counsel for Appellee HMY Yacht Sales, Inc.

Mrachek Fitzgerald Rose Konopka Thomas & Weiss, P.A. - Counsel for Appellant YATCO, LLC

The Multihull Company, LLC - Appellee

Napoli Shkolnik – Counsel for Appellee Ya Mon Expeditions, LLC

Napoli Shkolnik NSPR Law Services, LLC – Counsel for Appellee Ya Mon Expeditions, LLC

Napoli Shkolnik, PLLC – Counsel for Appellee Ya Mon Expeditions, LLC

Natter, Benjamin – Counsel for Appellee Allied Marine, Inc.

Neal, Kevin D. – Counsel for Appellee Ya Mon Expeditions, LLC

Northrop & Johnson Yacht Sales, LLC – Appellee(a subsidiary of a publicly-held company, MarineMax, Inc. (see above)

Northrop & Johnson Yacht Ships, LLC – Appellee (a subsidiary of a publicly-held company, MarineMax, Inc. (see above)

Northwest Yacht Brokers Association – Appellee

Nussbaum Law Group, P.C. – Counsel for Appellee Magna Charter, LLC

Nussbaum, Linda P. – Counsel for Appellee Magna Charter, LLC

Obermayer Rebman Maxwell & Hippel LLP – Counsel for Appellee Magna Charter, LLC

OneWater Marine, Inc. – Appellee - ***Publicly Traded: ONEW (NYSE)***

Patterson, Jennifer – Counsel for Appellee Allied Marine, Inc.

Paul, Christina McGinley – Counsel for Appellees Fraser Yachts California Corporation, Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax East, Inc., MarineMax, Inc., Fraser Yachts Florida, Inc.

Perrone, Jennifer – Counsel for Appellant YATCO, LLC

Podhurst Orseck, P.A. – Counsel for Appellee Ya Mon Expeditions, LLC

Pogust Goodhead LLC – Counsel for Appellee Magna Charter, LLC

Reid, Lissette M. - Magistrate Judge, United States District Court for the Southern District of Florida

Ralston, Kenneth N. – Counsel for Appellee Ya Mon Expeditions, LLC

Rathbun, Anna M. – Counsel for Boats Group, LLC

Robbins Geller Rudman & Dows LLP – Counsel for Appellees Ya Mon Expeditions, LLC, Kip Lamar Snell, Magna Charter, LLC, Tricia Defosey

Rogers, Jr., Thomas Bowen – Counsel for Appellee Kip Lamar Snell

Rose, Alan B. – Counsel for Appellant YATCO, LLC

RJC Yacht Sales, Inc. – Appellee

Saladrigas, Caitlin F. – Counsel for Appellee Northwest Yacht Brokers Association

Shingler, III, Arthur L. – Counsel for Appellee Kip Lamar Snell

Shkolnik, Hunter J. – Counsel for Appellee Ya Mon Expeditions, LLC

Sindoni, John E. – Counsel for Appellee Magna Charter, LLC

Smith, Brian J. – Counsel for Appellees Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax, Inc.

Snyder, Joshua D. – Counsel for Appellee Magna Charter, LLC

Soto, Ana Maria Cristina Perez – Counsel for Appellee OneWater Marine, Inc.

Spector, Jeffrey L. – Counsel for Appellee Magna Charter, LLC

Spector Roseman & Kodroff PC – Counsel for Appellee Magna Charter, LLC

Sperling Kenny Nachwalter, LLC – Counsel for Appellee International Yacht Brokers Association, Inc.

Stern, Justin M.L. - Counsel for Appellee HMY Yacht Sales, Inc.

Sunshine Cruising Yachts LLC - Appellee

Talbot, Megan J. – Counsel for Appellee Magna Charter, LLC

Taylor, Lindsey Handley – Counsel for Appellee Kip Lamar Snell

Turnbull, W. Scott – Counsel for Appellee United Yacht Sales, LLC

United Yacht Sales, LLC – Appellee (A Florida Limited Liability Company, which is wholly-owned by Peter A. Schmidt, Jeffrey D. Palmer and BRB IV, LLC, a Florida Limited Liability Company).

Vakharia, Aakruti G. – Counsel for Appellee Allied Marine, Inc.

Weinshall, Matthew – Counsel for Appellee Ya Mon Expeditions, LLC

Weiss, Gregory S. – Counsel for Appellee YATCO, LLC

Wites & Kapetan, PA – Counsel for Appellee Kip Lamar Snell

Wites Law Firm – Counsel for Appellee Kip Lamar Snell

Wites, Marc Aaron – Counsel for Appellee Kip Lamar Snell

Wolf, Charles Ferdinand – Counsel for Appellees Fraser Yachts California Corporation, Northrop & Johnson Yacht Ships, LLC, Galati Yacht Sales, LLC, MarineMax East, Inc., MarineMax, Inc., Fraser Yachts Florida, Inc.

Worth Avenue Yachts, LLC – Appellee

Ya Mon Expeditions, LLC – Appellee

Yacht Brokers Association of America, Inc. – Appellee

Yachting Assets and Operations LLC – Appellee

YATCO, LLC – Appellant (does not have any parent corporations, and no publicly held corporation owns more than 10% of its stock).

Zeytoonian, Caiti - Counsel for Appellee HMY Yacht Sales, Inc.

**NOTIFICATION OF DISTRICT COURT'S ORDER STAYING LITIGATION**

Appellant, YATCO, LLC ("YATCO"), pursuant to Court's Order dated March 3, 2025, hereby notifies the Court of the entry of the district court's order staying proceedings below, as set forth in the attached *Paperless Order* entered by District Judge K. Michael Moore on March 6, 2025.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

MRACHEK, FITZGERALD, ROSE,
KONOPKA, THOMAS & WEISS, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, FL 33401
Phone: (561) 655-2250/Fax: (561) 655-5537
Email: arose@mrachek-law.com
mchandler@mrachek-law.com
rfitzgerald@mrachek-law.com
gweiss@mrachek-law.com
gdavies@mrachek-law.com
*Attorneys for Appellant*

By: *s/* Alan B. Rose
Alan B. Rose (Fla. Bar No. 961825)
Roy E. Fitzgerald (Fla. Bar No. 856540)
Gregory S. Weiss (Fla. Bar No. 163430)

**From:** cmecfautosender@flsd.uscourts.gov
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-20805-KMM Ya Mon Expeditions, LLC v. International Yacht Brokers Assocaition, Inc. et al Order on Motion to Stay
**Date:** Thursday, March 6, 2025 1:20:32 PM

---

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 3/6/2025 1:19 PM EST and filed on 3/6/2025

Case Name: Ya Mon Expeditions, LLC v. International Yacht Brokers Assocaition, Inc. et al

Case Number: 1:24-cv-20805-KMM https://ecf.flsd.uscourts.gov/cgi-bin/DktRpt.pl?663098

Filer:

WARNING: CASE CLOSED on 01/21/2025

Document Number: 245

Copy the URL address from the line below into the location bar of your Web browser to view the document:
245(No document attached)

Docket Text:
PAPERLESS ORDER. THIS CAUSE came before the Court upon the Eleventh Circuit's Limited Remand [243] and Plaintiffs' Motion for Temporary Stay Based on Their Motion for Clarification or, in the Alternative, Reconsideration of Appellate Order, Filed in the Eleventh Circuit Court of Appeals. [244]. In Plaintiffs' Motion, they request to stay this case pending resolution of its Motion pending in the Eleventh Circuit. Id. Defendants do not oppose the requested relief. Id. <br><br> On January 17, 2025, Defendant YATCO appealed this Court's Order [223] denying its Motion to Compel Arbitration. On January 21, 2025, this Court granted Defendants' joint Motion to Dismiss. [237]. On February 7, 2025, Defendant YATCO along with other interested parties, who are Defendants in this action, filed an Unopposed Motion to Abate the Appeal and Temporarily Relinquish Jurisdiction in light of this Court's Order dismissing the complaint. On March 3, 2025, the Eleventh Circuit requested that this Court vacate its prior Order [237] and stay proceedings pending YATCO's appeal. [243]. The appeal pertained solely to this Court's Order Denying Defendant

YATCO's Motion to Compel Arbitration [223], but the limited remand did not specify whether this Court is directed to vacate its previous Order regarding all Defendants or solely as it impacts Defendant YATCO. [243]. Currently before the Eleventh Circuit is Plaintiff's Motion for Clarification which asks the Eleventh Circuit to address whether this action should be stayed as to Defendant YATCO only or all Defendants. <br><br>"The district court has broad discretion to stay proceedings as an incident to its power to control its own docket." Four Seasons Hotels & Resorts, B.V. v. Consorcio Barr S.A., 377 F.3d 1164, 1172 n.7 (11th Cir. 2004) (quoting Clinton v. Jones, 520 U.S. 681, 706 (1997)). The length of the requested stay will not be indefinite or immoderate. See Ortega Trujillo v. Conover & Co. Commc'ns, 221 F.3d 1262, 1264 (11th Cir. 2000). Here, the Court finds that a stay is warranted, pursuant to the Eleventh Circuit's limited remand. <br><br>Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Plaintiff's Motion for Temporary Stay [244] is GRANTED. All deadlines are hereby STAYED pending resolution of Plaintiffs' Motion before the Eleventh Circuit. This Court will enter an order vacating its Order [237] as to Defendant YATCO or all Defendants upon receipt of clarification from the Eleventh Circuit. Signed by Judge K. Michael Moore on 3/5/2025. (dp01)

1:24-cv-20805-KMM Notice has been electronically mailed to:

A. Thomas Connick , Jr tomconnick@gmail.com

Aakruti G. Vakharia avakharia@haugpartners.com

Alexander Charles Cohen acohen@rgrdlaw.com

Ana Maria Cristina Perez Soto cperezsoto@jonesday.com, courtalert@jonesday.com, docketeastcoastline@jonesday.com, mjimenez@jonesday.com

Anna M. Rathbun anna.rathbun@lw.com

Arthur L. Shingler , III ashingler@rgrdlaw.com

Benjamin Natter bnatter@haugpartners.com, amcguire@haugpartners.com

Benjamin J. Eichel beichel@bonizack.com

Brian D. Brooks bbrooks@glancylaw.com

Brian J. Smith brian.j.smith@klgates.com

Caiti Zeytoonian caiti.zeytoonian@morganlewis.com

Caitlin F Saladrigas
caitlin.saladrigas@hklaw.com, jenny.oshaughnessy@hklaw.com, kim.roark@hklaw.com

Charles Ferdinand Wolf
charles.wolf@klgates.com, docketing.east@klgates.com, linda.vasserot@klgates.com

Christina McGinley Paul
christina.paul@klgates.com, laureen.reyes@klgates.com, litigation.docketing@klgates.com

Christopher J. Brown
chris.brown@lw.com

Christopher M. Brainard
christopherbrainard@gmail.com

David B. Esau
desau@carltonfields.com, jmeehan@carltonfields.com, shampton@carltonfields.com, wpbecf@cfdom.net

David C. Kully
david.kully@hklaw.com

David W. Mitchell
davidm@rgrdlaw.com

Emily Marie Heim
emily@bayramoglu-legal.com, 1753376420@filings.docketbird.com, litigation@bayramoglu-legal.com

Etan Mark
etan@markmigdal.com, eservice@markmigdal.com

Graham Haviland
graham.haviland@lw.com

Gregory G. Olsen
golsen@morganolsen.com, ldurbin@morganolsen.com

Gregory J. Casas
casasg@gtlaw.com

Gregory Scott Weiss
gweiss@mrachek-law.com, psymons@mrachek-law.com

Hunter J. Shkolnik
Hunter@nsprlaw.com

Jeffrey LeVee
jlevee@jonesday.com

Jeffrey B. Gittleman
jgittleman@pogustgoodhead.com

Jeffrey J. Corrigan
jcorrigan@srkattorneys.com

Jeffrey L. Spector
jspector@srkattorneys.com

Jeffrey Todd Foreman
jtf@sperlingkenny.com, mm@sperlingkenny.com

Jennifer Patterson
jpatterson@haugpartners.com

Jennifer Perrone
jperrone@mrachek-law.com, abourget@mrachek-law.com, gdavies@mrachek-law.com

John E. Sindoni
jsindoni@bonizack.com

Joseph Mamounas
mamounasj@gtlaw.com, anelis.sanchez@gtlaw.com, MiaLitDock@gtlaw.com

Joshua B. Gray
jgray@sperlingkenny.com

Joshua D. Snyder
jsnyder@bonizack.com

Joshua Mychael Mandel
mandelj@gtlaw.com, anelis.sanchez@gtlaw.com, flservice@gtlaw.com

Justin M. L. Stern
justin.stern@morganlewis.com, caiti.zeytoonian@morganlewis.com, heather.nelson@morganlewis.com, paola.becerra@morganlewis.com, simone.weiss@morganlewis.com

Kenneth M. Kliebard
kenneth.kliebard@morganlewis.com

Kenneth N. Ralston
ken.ralston@gknet.com

Kevin Bruce Love
klove@cridenlove.com, rrockey@finekaplan.com

Kevin D. Neal
kevin.neal@gknet.com

Lawrence E. Buterman
lawrence.buterman@lw.com

Lea Pilar Bucciero
lbucciero@podhurst.com, agroseclose@podhurst.com, bill.king@gknet.com, cperez@podhurst.com, gpalacio@podhurst.com, lbarrington@podhurst.com, mbartels@podhurst.com, mestevez@podhurst.com, mmartinez@podhurst.com, rmartinez-cid@podhurst.com, Sharlee.weaver@gknet.com, zgorwitz@podhurst.com

Lee Albert
lalbert@glancylaw.com

Leonor Maria Lagomasino
llagomasino@grsm.com

Linda P. Nussbaum
lnussbaum@nussbaumpc.com

Lindsey Handley Taylor
ltaylor@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com

M Derek Harris
mdharris@cfjblaw.com, gmoore@carltonfields.com, phouse@cfjblaw.com, wpbecf@cfdom.net

Marc Aaron Wites
mwites@wklawyers.com, pleadings@wklawyers.com

Mark Basanta
mbasanta@haugpartners.com

Mark Jeffrey Dearman
mdearman@rgrdlaw.com, dantullis@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, mdearman@ecf.courtdrive.com

Matthew Weinshall
mweinshall@podhurst.com, afeurtado-pedron@podhurst.com, aturk@podhurst.com, iyarzabal@podhurst.com

Michael E. Martinez
michael.martinez@klgates.com

Michael F. Brockmeyer
mbrockmeyer@haugpartners.com

Michael J. Boni
mboni@bonizack.com

Michael Neil Kreitzer
kreitzerm@gtlaw.com, chasonm@gtlaw.com, merlande.moise@gtlaw.com, mialitdock@gtlaw.com, michael-kreitzer-6413@ecf.pacerpro.com

Nestor Galarza Diaz
ngalarza@nsprlaw.com

Odeshoo Hasdoo
ehasdoo@jonesday.com

Paul Costa
pcosta@finekaplan.com

Paul Jeffrey Geller
pgeller@rgrdlaw.com, e_file_fl@rgrdlaw.com, E_File_SD@rgrdlaw.com, pgeller@ecf.courtdrive.com, swinkles@rgrdlaw.com

Phillip M. Soven
phil.soven@gtlaw.com, flservice@gtlaw.com, Merlande.Moise@gtlaw.com

Rebeca Martinez ,
Jr rmartinez@nsprlaw.com

Ricardo M. Martinez-Cid
rmcid@podhurst.com, agroseclose@podhurst.com, cperez@podhurst.com, eregalado@podhurst.com, lbarrington@podhurst.com, lbucciero@podhurst.com, mestevez@podhurst.com, mmartinez@podhurst.com, rmcteam@podhurst.com, zgorwitz@podhurst.com

Roberta D. Liebenberg
rliebenberg@finekaplan.com

Roy Edmund Fitzgerald
, III rfitzgerald@mrachek-law.com, abourget@mrachek-law.com, blewter@mrachek-law.com, gdavies@mrachek-law.com

Salvatore C. Badala
sbadala@napolilaw.com

Scott Abeles
sabeles@carltonfields.com

Scott Stevens Warburton
swarburton@adamscoogler.com, ajohnson@adamscoogler.com, pguzman@adamscoogler.com, rnewman@adamscoogler.com

Sean Alexander Burstyn
sean.burstyn@burstynlaw.com, 1620702420@filings.docketbird.com, docketing@burstynlaw.com, local-counsel-8709@ecf.pacerpro.com

Stacey Anne Mahoney
stacey.mahoney@morganlewis.com

Stuart Andrew Davidson
sdavidson@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, jgelman@rgrdlaw.com, jmiller@rgrdlaw.com, khanson@rgrdlaw.com, sdavidson@ecf.courtdrive.com, tshefler@rgrdlaw.com

Thomas Bowen Rogers
, Jr trogers@wklawyers.com, klambert@baumannlegal.com

W. Scott Turnbull
turnbull@crarybuchanan.com, kali@crarybuchanan.com

William F. King
bill.king@gknet.com

William J. Leonard
william.leonard@obermayer.com

William Jay Blechman
wblechman@knpa.com, mbeaudry@knpa.com

William T. McEnroe
william.mcenroe@morganlewis.com

1:24-cv-20805-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:
Megan J. Talbot

Pogust Goodhead LLC
Eight Tower Bridge, Suite 250
161 Washington Street
Conshohocken, PA 19428