# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10140

_____

YA MON EXPEDITIONS, LLC,
KIP LAMAR SNELL,

                                        Plaintiffs-Appellees,

MAGNA CHARTER, LLC, et al.,

                                               Plaintiffs,

*versus*

INTERNATIONAL YACHT BROKERS ASSOCIATION,
INC., et al.,

                                               Defendants,

YATCO, LLC,
a Florida Limited Liability Company,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:24-cv-20805-KMM

_____

Before ROSENBAUM and ABUDU, Circuit Judges.

BY THE COURT:

    Appellees' motion for clarification of the Court's March 3, 2025 order is GRANTED to the extent the Court clarifies that the district court is directed to vacate its January 21, 2025 order dismissing the amended complaint and to stay the litigation below as to all defendants pending the disposition of this appeal.